**BENJAMIN KIM, OSB #066426**
333 SW Taylor St., STE 400
Portland, OR 97034
Tel: (503)344-6251
Email: benkimlaw@me.com
Attorney for Carrie Lynn Simons

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>vs.<br><br>CARRIE LYNN SIMONS,<br>                    Defendant. | NO. 3:18-CR-00628-HZ<br><br>DECLARATION IN SUPPORT OF JOINT MOTION TO CONTINUE SENTENCING DATE |

I Benjamin Kim, declare:

1) I am the attorney for defendant appointed pursuant to the Criminal

Justice Act.

2) I was appointed on April 4, 2019.

3) Ms. Simon is currently on release and not in custody.

**PAGE | 1**
**NO. 3:18-CR-00628-HZ DECLARATION IN SUPPORT OF JOINT MOTION TO CONTINUE**
**SENTENCING DATE**

4) Ms. Simon entered a plea in this matter on March 13, 2020.

5) Sentencing in this matter is currently set for May 4, 2021.

6) This matter has been continued several times at the request of the defendant for identical reasons.

7) The parties need additional time to resolve issues necessary to address at sentencing.

8) I have discussed the continuance with the government and the government joins in this motion.

9) I have discussed the continuance with Ms. Simons and she agrees and consents to this request for continuance.

Dated March 23, 2021        */s/Benjamin B. Kim*
                            Benjamin B. Kim
                            Attorney for Defendant

**PAGE | 2**
**NO. 3:18-CR-00628-HZ DECLARATION IN SUPPORT OF JOINT MOTION TO CONTINUE
SENTENCING DATE**